# Affidavit of Process Server

| Stella Shamoun | vs | Niles Township District 219 | 18CV4975 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Karl Brown**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Niles Township District 219**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ Summons & Complaint

by serving (NAME) X **Ray Cheng**
at ☐ Home
☒ Business **7700 Gross Point Rd, Skokie, Illinois**
on (DATE) **8-31-18** at (TIME) **1:07 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**

☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Ray Cheung, legal Associate**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address does not exist   ☐ Service cancelled by litigant
☐ Moved, Left no forwarding   ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ ( ) _____ ( ) _____
DATE  TIME    DATE  TIME    DATE  TIME
( ) _____    ( ) _____    ( ) _____
DATE  TIME    DATE  TIME    DATE  TIME

**Description:**
☒ Male   ☐ White Skin   ☒ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'-5'3"   ☐ 100-130 Lbs.
           ☐ Brown Skin   ☐ Blond Hair              ☒ 36-50 Yrs.   ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
☐ Glasses  ☒ Yellow Skin  ☐ Gray Hair   ☐ Mustache  ☐ 51-65 Yrs.   ☒ 5'9"-6'    ☒ 161-200 Lbs.
           ☐ Red Skin     ☐ Red Hair    ☐ Beard     ☐ Over 65 Yrs. ☐ Over 6'    ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public this **3rd** day of **August** 20**18**

_Notary Public_

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/22/22

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS